# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER SIERRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:14-CV-00081-SMS<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By motion filed January 17, 2014, Plaintiff Alexander Sierra seeks to proceed *in forma pauperis*. Plaintiff has submitted an incomplete declaration: he has failed to provide responses to paragraphs 4, 5, and 6, and provided conflicting and incomplete information in his response to paragraph 2. As a result, the Court cannot conclude that Plaintiff satisfies the requirements to proceed *in forma pauperis* according to the provisions of 28 U.S.C. § 1915(a).

Accordingly, the Court DENIES Plaintiffs' motion to proceed *in forma pauperis*. Plaintiff shall submit a completed application or shall pay the filing fee in full within thirty days of this order, or this case shall be dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

　　Dated:　**January 22, 2014**　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE