BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, CA  94105
     Telephone: 415-977-8933
     Facsimile: 415-744-0134
     Email: paul.sachelari@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | | |
|---|---|---|
| ALEXANDER SIERRA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 1:14-CV-00081-SMS |
| | ) | |
| v. | ) | **STIPULATION TO VOLUNTARY** |
| | ) | **REMAND PURSUANT TO SENTENCE** |
| | ) | **FOUR OF 42 U.S.C. § 405(g) AND TO** |
| CAROLYN W. COLVIN, | ) | **ENTRY OF JUDGMENT;** |
| Acting Commissioner of | ) | **ORDER THEREON** |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and with the approval of the Court, that Defendant has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and decision.

Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to further evaluate Plaintiff's residual functional capacity, including Plaintiff's postural limitations.  Furthermore, the ALJ will re-evaluate Plaintiff's credibility and will consider additional medical evidence he submits, if any, in support of his claim.  If the ALJ finds Plaintiff unable to perform any of his past relevant jobs, and his functional limitations

significantly erode the occupational base of work at the functional levels contemplated by the Medical-Vocational Guidelines, the ALJ will obtain vocational expert testimony regarding whether there is other work that Plaintiff could perform.  Finally, the ALJ will take any other actions he or she deems necessary to make a decision.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act.  42 U.S.C. § 405(g).

Respectfully submitted,

Date:  *August 8, 2014*                LAW OFFICES OF LAWRENCE D. ROHLFING

*/s/ Brian C. Shapiro\**
BRIAN C. SHAPIRO
(*\* by email authorization*)

Attorney for Plaintiff

Date:  *August 8, 2014*                BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

BY:   */s/ Paul Sachelari*
PAUL SACHELARI
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: 8/12/2014                /s/ SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

Remand Stip.; 1:14-cv-00081-SMS                2