Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Alexander Sierra

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER SIERRA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:14-CV-00081-SMS<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 AND ORDER THEREON |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Alexander Sierra be awarded attorney fees and expenses in the amount of ONE THOUSAND FOUR HUNDRED dollars ($1,400) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d),.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

1  After the Court issues an order for EAJA fees to Alexander Sierra, the
2  government will consider the matter of Alexander Sierra's assignment of EAJA
3  fees to Brian C. Shapiro.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529
4  (2010), the ability to honor the assignment will depend on whether the fees are
5  subject to any offset allowed under the United States Department of the Treasury's
6  Offset Program.  After the order for EAJA fees is entered, the government will
7  determine whether they are subject to any offset.

8  Fees shall be made payable to Alexander Sierra, but if the Department of
9  the Treasury determines that Alexander Sierra does not owe a federal debt, then the
10 government shall cause the payment of fees, expenses and costs to be made
11 directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment
12 executed by Alexander Sierra.  *United States v. $186,416.00*, 722 F.3d 1173, 1176
13 (9th Cir. 2013) (*$186,416.00 II*)  (ordering fees paid to counsel because of an
14 assignment that did not interfere with a raised superior lien).[1]  Any payments made
15 shall be delivered to Brian C. Shapiro.

---

[1] The Commissioner does not stipulate to the citation of *$186,416.00 II*, and will not participate in representing to this Court that it carries legal import in these proceedings.  *$186,416 II* involved a different statute and very different factual circumstances than those presented here, or in other Social Security cases. Because the parties have agreed to the payment of EAJA fees, and the amount, and to avoid motion practice solely related to Plaintiff's citation, the Commissioner agrees to this stipulation. The Commissioner reserves the right to challenge the applicability of *$186,416 II* to any Social Security case, and this Stipulation should not be construed as a waiver of such reservation.

Alexander Sierra contends that *U.S. v. $186,416.00 in U.S. Currency*, 642 F.3d 753, 757 (9th Cir. 2011) (*$186,416.00 I*) held that there is no functional difference between the CAFRA and EAJA in terms of "ownership" of the fee.

-2-

This stipulation constitutes a compromise settlement of Alexander Sierra's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Alexander Sierra and/or Brian C. Shapiro including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Brian C. Shapiro and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: August 14, 2014  Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Brian C. Shapiro*
Brian C. Shapiro
Attorney for plaintiff Alexander Sierra

DATED: August 26, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ *Paul Sachelari*

Paul Sachelari
Special Assistant United States Attorney
Attorneys for Defendant Carolyn W. Colvin,
Acting Commissioner of Social Security
(Per e-mail authorization)

ORDER

IT IS ORDERED that fees and expenses in the amount of $1400 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATED:   9/2/2014         /s/ SANDRA M. SNYDER
                          UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 1:14-CV-00081-SMS**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on September 2, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system, except the plaintiff served herewith by mail.

/s/ *Brian C. Shapiro*

_____
Brian C. Shapiro
Attorneys for Plaintiff